IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

DAVID EARL VIA,                                                                  Case No. 09-73240-FJS
                                                                                         Chapter 7
         Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Receivables Management Systems<br>PO Box 8630<br>Richmond, VA  23226 | $0.11 |
| Sprint Nextel Correspondence<br>Attn:  Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS  66207-0949 | $0.20 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $0.23 |
| Sallie Mae, Inc. on behalf of<br>USFunds, Inc.<br>Attn:  Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes-Barre, PA 18773-9430 | $1.11 |
| Member One Federal Credit Union<br>PO Box 1288<br>Roanoke, VA  24024 | $3.41 |

| | |
|---|---:|
| Member One Federal Credit Union<br>PO Box 1288<br>Roanoke, VA  24024 | $0.06 |
| **TOTAL** | **$5.12** |

Dated: September 23, 2011        /s/ Charles L. Marcus
                                                       Charles L. Marcus, Trustee
                                                       VSB #7020
                                                       580 East Main Street, Suite 300
                                                       Chesapeake, VA  23320
                                                       (757) 622-9005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on September 23, 2011 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                                       /s/ Charles L. Marcus
                                                       Charles L. Marcus, Trustee